JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ZAHIDE ERDEM,

      Petitioner,

    v.

D. MARIN, ETC., ET AL.,

      Respondents.

No. ED CV 26-2866-AB(E)

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and:  (a) Respondents are ordered to release Petitioner (A 245-775-580) from detention immediately, subject to the conditions of her previous supervision; and (b) Respondents are enjoined from any further re-detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

      DATED: June 30, 2026.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE